IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. DAY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| MICHAEL J. ASTRUE | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | No. 09-6045 |

## ORDER

AND NOW, this 22nd day of November, 2010, upon careful and independent consideration of Plaintiff James E. Day's Request for Review (Doc. No. 5), it is hereby DENIED and Plaintiff's Complaint (Doc. No. 1) is hereby DISMISSED WITH PREJUDICE. The clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

Michael M. Baylson, U.S.D.J.